IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON L. BROWN | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIVE SPECIALTY | : | NO. 17-5409 |
| INSURANCE COMPANY | : | |
| | : | |
| MICHAEL J. DOUGHERTY | : | |
| (*ATTORNEY*), | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 7th day of December, 2017, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* and his complaint it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum. The dismissal is without prejudice to plaintiff defending against the lawsuit filed against him in state court and, if appropriate, refiling his state law claims in state court.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Juan R. Sánchez

JUAN R. SÁNCHEZ, J.